IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jimenez, Alicia

Printed: 2/19/08

Case Number: 07 B 17697
Judge: Squires, John H
Filed: 9/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 11, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 201.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 190.15 |
| Trustee Fee: |  | 10.85 |
| Other Funds: |  | 0.00 |
| Totals: | 201.00 | 201.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 190.15 |
| 2. | ECast Settlement Corp | Unsecured | 183.28 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 1,089.09 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 72.80 | 0.00 |
| 5. | National City Bank | Secured |  | No Claim Filed |
| 6. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 7. | GEMB | Unsecured |  | No Claim Filed |
| 8. | GEMB | Unsecured |  | No Claim Filed |
| 9. | GEMB | Unsecured |  | No Claim Filed |
| 10. | MRSI | Unsecured |  | No Claim Filed |
| 11. | MRSI | Unsecured |  | No Claim Filed |
| 12. | MRSI | Unsecured |  | No Claim Filed |
| 13. | Jc Penney - GEMB | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | Trust Receivable Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,809.17 | $ 190.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 10.85 |
|  | $ 10.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jimenez, Alicia

Printed: 2/19/08

Case Number: 07 B 17697
Judge: Squires, John H
Filed: 9/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____